**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH SHERRIER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:09-cv-03984 |
| | ) | |
| VIKING COLLECTION SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

KENNETH SHERRIER (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, VIKING COLLECTION SERVICE, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: /s/ Adam J. Krohn
Adam J. Krohn
Attorney for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison St., 10th Floor
Chicago, IL 60602